## BRIDGHAM cont<sup>a</sup> PAINE &c<sup>a</sup>

Ionathan Bridgham plaint. cont<sup>a</sup> Moses Paine Sen<sup>r</sup> Daniel Turell Sen<sup>r</sup> as Adm<sup>rs</sup> to the Estate of Iohn Clear Iunio<sup>r</sup> late of Boston

dece^d Defend^t in an action of debt of Eighty nine pounds money due to him from the Estate of s^d Iohn Clear for the Forfiture of a bond dat^d 5. Feb^r 1677. with damages &c^a. . . . The Iury . . . found for the plaint. Forfiture of the bond Eighty nine pounds money and costs of Court: Vpon Request of the plaint. hee craving onely his principall: The Court chancered this Forfiture to Forty three pounds thirteen Shillings in money & costs of Court allow^d thirty Shillings six pence.

Execution issued. 6. Aug° 1679. [ *596* ]